UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS SHUGG and TONIA SHUGG, | Case No. 1:11-cv-186 |
| Plaintiffs, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Joseph G. Scoville |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| and | |
| CHASE HOME FINANCE, LLC, | |
| Defendants. | |

## JUDGMENT

Final judgment is hereby entered in favor of all the defendants and against all the plaintiffs.

**IT IS SO ORDERED** this  8th  day of June 2011.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge